UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 06-30092 |
|---|---|
| STEPHEN NELSON BOURQUIN | (Chapter 13) |
| SAMANTHA SCHAFER BOURQUIN | |
| Debtors | JUDGE LAWRENCE S. WALTER |

## REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4030226**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 3/ 12 | CAPITAL ONE<br>% TSYS DEBT MANAGEMENT<br>BOX 5155<br>NORCROSS, GA  30091 | 731.87 |

/s/ Jeffrey M. Kellner

Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 8/31/2010

Certificate of Service  06-30092

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

| | | |
|---|---|---|
| STEPHEN NELSON BOURQUIN<br>SAMANTHA SCHAFER BOURQUIN<br>5438 WOODBINE AVE<br>DAYTON, OH  45432 | KEVIN D HUGHES<br>20 S MAIN ST<br>SPRINGBORO, OH  45066 | (53.1n)<br>ANDREW GOLDBERG<br>ROSICKI ROSICKI & ASSOCIATES<br>MAIN OFFICE 51 E BETHPAGE ROAD<br>PLAINVIEW, NY  11803 |
| (12.1)<br>CAPITAL ONE<br>% TSYS DEBT MANAGEMENT<br>BOX 5155<br>NORCROSS, GA  30091 | (49.1n)<br>CONNIE J VANDERGRIFF<br>9441 LBJ FREEWAY<br>STE 350<br>DALLAS, TX  75243 | (52.1n)<br>EDWARD A BAILEY<br>BOX 968<br>TWINSBURG, OH  44087 |
| (42.1n)<br>HILARY B. BONIAL<br>9441 LBJ FREEWAY<br>SUITE 350<br>DALLAS, TX  75243 | (47.1n)<br>JAMES G REA<br>BRICE VANDER LINDEN & WERNICK<br>9441 LBJ FREEWAY SUITE 350<br>DALLAS, TX  75243 | (56.1n)<br>JOE M LOZANO JR<br>9441 LBJ FREEWAY<br>SUITE 350<br>DALLAS, TX  75243 |
| (46.1n)<br>JOHN DUNNERY<br>ROSICKI ROSICKI & ASSOCIATES<br>51 E BETHPAGE RD OUTSOURCE MAN<br>PLAINVIEW, NY  11803 | (48.1n)<br>KAREN P THOMASON<br>9441 LBJ FREEWAY<br>SUITE 350<br>DALLAS, TX  75243 | (57.1n)<br>LISA BETH SINGER<br>ONE OLD COUNTRY RD  SUITE 200<br>CARLE PLACE, NY  11514 |
| (40.1n)<br>MICHAEL S ARNOVITZ<br>REIMER & LORBER CO LPA<br>BOX 968<br>TWINSBURG, OH  44087 | (55.1n)<br>TYLER B JONES<br>BRICE VANDER LINDEN & WERNICK<br>9441 LBJ FREEWAY  SUITE 250<br>DALLAS, TX  75243 | (51.1n)<br>WAYNE NOVICK<br>ATTORNEY AT LAW<br>2135 MIAMISBURG-CENTERVILLE RD<br>DAYTON, OH  45459-3814 |

Jeffrey M. Kellner BY    /s/ Jeffrey M. Kellner    sv